**Gary E. COLLINS, Plaintiff–Appellant,**

**v.**

**Jane A. GARDNER, Principal; Marilyn J. James, Library Technician; South Carolina Department of Corrections, Defendants–Appellees.**

No. 01–7100.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 30, 2001.

Decided Dec. 12, 2001.

Gary E. Collins, pro se. John Evans James, III, Lee, Erter, Wilson, James, Holler & Smith, L.L.C., Sumter, SC, for appellees.

Before DIANA GRIBBON MOTZ and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Gary E. Collins appeals the district court's orders denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint and denying reconsideration of that order. We have reviewed the record and the district court's opinion and orders accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm the district court's orders. *See Collins v. Gardner*, No. CA–00–540–7–23 BG (D.S.C. Mar. 30 and June 20, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the ma-

terials before the court and argument would not aid the decisional process.

*AFFIRMED.*